**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

*July 08, 2026*

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO.**  **4:26-cr-422** |
| | § | |
| **MICHAEL ANTHONY JONES** | § | |

<u>**CRIMINAL INDICTMENT**</u>

THE GRAND JURY CHARGES THAT:

<u>**COUNT ONE**</u>
**(Escape – 18 U.S.C. § 751(a))**

On or about May 28, 2026, in the Southern District of Texas, the Defendant,

**MICHAEL ANTHONY JONES**

did knowingly escape from custody of the Leidel Residentiary Reentry Center, a contracted

correctional facility of the Federal Bureau of Prisons and an institutional facility in which he was

lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment

of the United States District Court for the Southern District of Texas upon conviction for the felony

crime of Possession with Intent to Distribute a Controlled Substance and Possession of a Firearm

in Furtherance of a Drug Trafficking Crime under Title 18, United States Code, Sections 841(a) &

(b) and Section 924(c) in Case 1:21-CR-00076.

**In violation of Title 18, United States Code, Section 751(a).**

TRUE BILL

ORIGINAL SIGNATURE ON FILE

BY: _____

Foreperson of the Grand Jury

JOHN G.E. MARCK
Acting United States Attorney

By: _____

Ekua A. Assabill
Assistant United States Attorney